WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PCT International Incorporated, | No. CV-12-01797-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Holland Electronics LLC, | |
| Defendant. | |

Pending before the Court is Plaintiff's Unopposed Motion to Unseal Hearing Transcript for Transcription (Doc. 125). Plaintiff asks the Court to unseal, for the limited purpose of transcription by the court reporter, the sealed portion of the parties' November 7, 2013 hearing during which the parties discussed "dealing with the protective order eyes-only designation." (Doc. 108 at 1). Because a portion of that hearing was sealed, the existing transcript is incomplete. *See* (Doc. 110 at 16-17).

For the foregoing reasons,

**IT IS ORDERED** granting Plaintiff's Unopposed Motion to Unseal Hearing Transcript for Transcription (Doc. 125).

**IT IS FURTHER ORDERED** that, for the limited purpose of obtaining a complete copy of the November 7, 2013 hearing transcript for Plaintiff's outside counsel, the November 7, 2013 hearing transcript is unsealed only for transcription by the court reporter.

**IT IS FURTHER ORDERED** approving the parties' stipulation that the filing of Plaintiff's motion (Doc. 125) does not constitute a waiver of either party's right to

1  designate, or challenge a party's designation of, the transcript or portions thereof as
2  "CONFIDENTIAL" or otherwise protected under the Protective Order (Doc. 53).
3  Dated this 19th day of March, 2014.

_____
James A. Teilborg
Senior United States District Judge