**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PCT International Incorporated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Holland Electronics LLC,<br><br>　　　　　Defendant. | No. CV-12-01797-PHX-JAT<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

**IT IS ORDERED AND ADJUDGED AS FOLLOWS:**

As found by the jury and the Court in this case, Plaintiff PCT International Incorporated prevailed on its infringement claim against Defendant Holland Electronics LLC. Accordingly, for the reasons set forth in the Court's contemporaneously filed Order:

**I.　Judgment**

Judgment is entered in favor of PCT International Incorporated and against Holland Electronics LLC in the amount of $576,027.53.

**II.　Permanent Injunction**

1.　The following injunction applies to Holland Electronics LLC, its officers, agents, servants, employees, and attorneys, as well as any persons who are in active concert or participation with any of the foregoing (collectively, the "Enjoined Parties").

2.　The Enjoined Parties are permanently enjoined from, within the United States, making, using, offering to sell, or selling the sixty models of Holland Electronics

LLC's coaxial cable connectors found to have infringed claim 1 of U.S. Patent No. 6,042,422 (defined and listed below as the "Infringing Products") or any colorable imitations of the Infringing Products. The Enjoined Parties are also permanently enjoined from importing into the United States the Infringing Products or any colorable imitations of the Infringing Products.

3. This permanent injunction shall expire on the date of the expiration of U.S. Patent No. 6,042,422.

4. The Infringing Products consist of the following sixty models of Holland Electronics LLC's coaxial cable connectors found to infringe claim 1 of U.S. Patent No. 6,042,422:

1. SLCU-6
2. SLCU-6Q
3. SLCU-6-O
4. SLCU6-QO
5. SLCU-6T
6. CM-RG6Q-F
7. CM-RG6U-F
8. SLC11
9. SLC-11Q
10. SLC-23-F
11. SLC1855-FP2
12. SLC1855-RCAFP
13. SLC59-BNC
14. SLC59-RCAG
15. CLR59G-10
16. CLR59G-100
17. CLR59S-10
18. CLR59S-100

| | | |
|---|---|---|
| 1 | 19. | CM-RG59C-BNC |
| 2 | 20. | CM-RG59C-RCA |
| 3 | 21. | CM-RG59P-BNC |
| 4 | 22. | CM-RG59PC-BNC |
| 5 | 23. | CM-RG59PC-RCA |
| 6 | 24. | CM-RG59P-RCA |
| 7 | 25. | CM-RG59U-BNC |
| 8 | 26. | CM-RG59U-RCA |
| 9 | 27. | CM-RG6P-BNC |
| 10 | 28. | CM-RG6PC-RCA |
| 11 | 29. | CM-RG59-IECM |
| 12 | 30. | CM-RG59-IECF |
| 13 | 31. | CM-RG6Q-BNC |
| 14 | 32. | CM-RG6Q-RCA |
| 15 | 33. | CM-RG6U-RCA |
| 16 | 34. | CM-RG6C-RCA |
| 17 | 35. | SLCUHEC2 |
| 18 | 36. | BNCFPSLCHEC2, a/k/a SLC-BNCCHEC2 |
| 19 | 37. | SLC1855-FP-O |
| 20 | 38. | SLCU-59 |
| 21 | 39. | CM-RG59C-F |
| 22 | 40. | CM-RG59U-F |
| 23 | 41. | CM-RG6PC-F |
| 24 | 42. | SLC6-BNC |
| 25 | 43. | SLC6Q-BNC |
| 26 | 44. | SLC6Q-RCA |
| 27 | 45. | SLC6-RCA |
| 28 | 46. | SLC6-RCAG |

47. CLB6QG-100
48. CLB6QS-10
49. CLB6QS-100
50. CLR6G-100
51. CLR6QG-10
52. CLR6QG-100
53. CLR6QS-10
54. CLR6QS-100
55. CLR6S-100
56. CM-RG6U-BNC
57. SLC59-RCA
58. SLC59-BNCG
59. CM-RG59PC-F
60. CM-RG59Q-F

Dated this 8th day of September, 2015.

James A. Teilborg
Senior United States District Judge